# IN THE SUPREME COURT OF THE STATE OF NEVADA

FELIPE AGAPITO GATCHALIAN RAAGAS,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 76257

**FILED**

JUL 26 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's review of this appeal reveals a jurisdictional defect. The documents before this court indicate that a petition has not been filed in district court case number C-17-320696-1, the case number designated in this notice of appeal. To the extent that appellant appeals from the judgment of conviction entered on October 12, 2017, the notice of appeal was untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____
Parraguirre

_____, J.
Stiglich

18-28777

cc: Hon. William D. Kephart, District Judge
Felipe Agapito Gatchalian Raagas
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk